IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                         CRIMINAL NO. 1:01cr50WJG-1

BIANCA FABIONE VEREEN

ORDER REDUCING SENTENCE

THIS MATTER is before the Court on the motion [38] to reduce Defendant Bianca Fabione Vereen's sentence filed by the United States of America [United States ] for her substantial assistance in the investigation and prosecution of other persons who have committed criminal offenses.  The Court, having reviewed the record in this matter, finds that the motion is well taken and should be granted.  It is, therefore,

ORDERED AND ADJUDGED that for the reasons set forth in the United States' motion [38] to reduce sentence, that the motion be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that the sentence of Defendant Bianca Fabione Vereen be, and is hereby, reduced to 140 months.  It is further,

ORDERED AND ADJUDGED that the Clerk of Court include the United States Marshals Service, William Wendell Martin, and the United States Probation Service in the distribution of this Order.  It is further

SO ORDERED AND ADJUDGED, this the 4TH day of October, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE